UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL T. MAXWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>ROY KAYLOR,<br><br>    Defendant. | Case No. 19-CV-07832-LHK<br><br>**JUDGMENT** |

On March 22, 2021, the Court granted Defendant's motion to dismiss with prejudice. ECF No. 92. Accordingly, judgment is entered in favor of Defendant. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 22, 2021

_____
LUCY H. KOH
United States District Judge

Case No. 19-CV-07832-LHK
JUDGMENT

1